UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>-against-<br><br>STEVEN YOUNG,<br><br>                       Defendant. | 03 Cr. 1364-03 (LAK)<br><br>**AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL** |

STATE OF NEW YORK    )
                                  : SS.:
COUNTY OF NEW YORK  )

       Sohail S. Ramirez, being duly sworn, deposes and states:

1.    I am not a party to this action and am over 18 years of age.

2.    On 11th day of June, 2007, I served Don D. Buchwald's NOTICE OF MERGER OF LAW FIRM AND CHANGE OF ADDRESS upon the following attorney at the address designated by him for service of papers:

    Michael Yale Scudder, Jr.
    U.S. Attorney's Office, SDNY
    One St. Andrew's Plaza
    New York, NY 10007

by depositing true copy of said document enclosed in a prepaid, sealed wrapper, in an official depository under the exclusive care and custody of the United States Post Office, within the State of New York.

                                                              Sohail S. Ramirez

Sworn to before me this
11th day of June, 2007

_____
Notary Public

SEUNGHWAN KIM
Notary Public, State of New York
No. 01KI6045111
Qualified in New York County
Commission Expires July 24, 2010

NY01/RAMIS/1216616.1                             -1-