**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK 10178**

(212) 808-7800

**MEMO ENDORSED**

WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DIRECT LINE: (212) 808-5147
EMAIL: dbuchwald@kelleydrye.com



RECEIVED JUL 28 2011 JUDGE KAPLAN'S CHAMBERS

July 25, 2011

Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Steven Young</u>, S3 03 Cr. 1364-03 (LAK)

Dear Judge Kaplan:

    I am CJA counsel for Steven Young in the above-entitled matter which is assigned to Your Honor. We have represented Mr. Young since our appointment to replace Norman Reimer in 2006. The CJA Office has advised us that before interim vouchers for CJA representation can be accepted specific authorization must be obtained from the Court. Given the length of our representation and the fact that no end is readily in sight we respectfully request that authorization to submit interim CJA vouchers (not more frequently than once a year) be approved in this case.

    Thank you for your consideration of this matter.

Very truly yours,

Don D. Buchwald

DDB:ma

SO ORDERED Granted

LEWIS A. KAPLAN, USDJ

7/28/11

NY01/BUCHD/1484133.1