UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

USA                                          Docket Number: 03 CR 1364-03 (WHP)

       -against-                       NOTICE OF REASSIGNMENT

STEPHEN YOUNG
------------------------------------------------------

The above-entitled action is:

[ X ] Reassigned to the Hon. WILLIAM H. PAULEY (WHP)

[ ] Reassigned Referral to Hon.                    , Magistrate Judge

[ ] Reassigned Designation to Hon.                 , Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

                                                          Ruby J. Krajick
                                                          Clerk of Court

Dated: 01/30/2012                                      By:    PHYLLIS ADAMIK
                                                                       Deputy Clerk