UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                :

      -against-                              :         03 Cr. 1364 (WHP)

STEVEN YOUNG                             :         <u>ORDER</u>

                      Defendants.       :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/12

WILLIAM H. PAULEY III, United States District Judge:

        The sentencing for defendant Steven Young is scheduled for June 1, 2012 at 2:00 p.m. All sentencing submissions should adhere to this Court's Individual Rules of Practice.

Dated: February 27, 2012
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III,
U.S.D.J.

*Counsel of Record:*
Joan Loughnane, Esq.
Jillian Berman, Esq..
U.S. Attorney's Office, SDNY
*Counsel for Government*

Don D. Buchwald, Esq.
James Keneally, Esq.
*Counsel for Defendant*