# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK 10178**

(212) 808-7800

WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

JAMES M. KENEALLY
DIRECT LINE: (212) 808-5018
EMAIL: jkeneally@kelleydrye.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/12

May 10, 2012

BY HAND

Honorable William H. Pauley III
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States v. Steven Young;*
          03 Cr. 1364 (WHP)

Dear Judge Pauley:

    We represent the defendant Steven Young. We are writing to request a brief adjournment of his sentencing, which is currently scheduled for June 1, 2012, to June 21, 22, 25 or 26. The reason for this request is to permit the Government, Probation Office, and defense to finalize their preparations for sentencing. There have been no previous requests for an adjournment of this date. I have conferred with Assistant United States Attorney Joan Loughnane and United States Probation Officer Dawn Doino, and they have informed me that the Government and Probation Office join in this request.

    Thank you for your consideration of this matter.

*Application granted. Sentencing is adjourned to June 26, 2012 at 10:00AM*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
5/17/12

Very truly yours,

James M. Keneally

JMK:ma

cc: AUSA Joan Loughnane (via email)
     USPO Dawn Doino (via email)

NY01/KENEJ/1544710.1