USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #:
DATE FILED: 6/19/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,                :

-against-                                :       03 Cr. 1364 (WHP)

STEVEN YOUNG                             :       ORDER

                    Defendants.          :
-----------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

The sentencing for defendant Steven Young is re-scheduled from June 26, 2012 at 2:00 p.m. to July 10, 2012 at 3:30 p.m.

Dated: June 19, 2012
       New York, New York

                                SO ORDERED:

                                _____
                                WILLIAM H. PAULEY III
                                U.S.D.J.

*Counsel of Record:*
Joan Loughnane, Esq.
Jillian Berman, Esq.
U.S. Attorney's Office, SDNY

*Counsel for Government*

James M. Keneally, Esq.
Don D. Buchwald, Esq.
 *Counsel for Defendant*