```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,                :

       -against-                          :        03 Cr. 1364 (WHP)

STEVEN YOUNG                             :        <u>ORDER</u>

                        Defendants.       :
----------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The Clerk of Court is directed to unseal any superseding indictments or informations, plea transcripts and all documents pertaining to his plea.

Dated: July 19, 2012
       New York, New York

                        SO ORDERED:

                        WILLIAM H. PAULEY III
                        U.S.D.J.

*Counsel of Record:*
Joan Loughnane, Esq.
Jillian Berman, Esq.
U.S. Attorney's Office, SDNY
*Counsel for Government*

James M. Keneally, Esq.
*Counsel for Defendant*